**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE**

Civil Case No. 04-B-2344 (BNB)

WESCO DISTRIBUTION, INC., a Delaware corporation,
       Plaintiff,

v.

NEWTON INSTRUMENT COMPANY, INC., a North Carolina corporation,
       Defendant.

_____

**ORDER OF DISMISSAL**
_____

THIS MATTER having come before the Court on the Joint Stipulation of Dismissal With Prejudice of All Claims and Cross Claims (filed July 22, 2005), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                              s/Lewis T. Babcock
                              Lewis T. Babcock, Chief Judge

DATED: July 25, 2005